DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MARQUIS IAN STEWART,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2729

_____

February 11, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; G. Gregory Green, Judge.

Marquis Ian Stewart, pro se.


PER CURIAM.

    Affirmed.


SILBERMAN, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.